# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MARTINEZ ABZUN, <br><br> Petitioner, <br><br> v. <br><br> JAMIE RIOS, et al., <br><br> Respondents. | Case No.  5:26-cv-00736-VBF-RAO <br><br> **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner Angel Martinez Abzun, represented by counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), against Jamie Rios, Acting Field Office Director of Enforcement and Removal Operations, Los Angeles Field Office, U.S. Immigration and Customs Enforcement ("ICE"); Kristi Noem, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States; Executive Office for Immigration Review; and Mark Bowen, Acting Warden of the Adelanto ICE Processing Center on February 17, 2026. Dkt. No. 1 ("Pet.").

Petitioner, a citizen of Guatemala, was taken into ICE custody in January 2026. Pet. ¶ 20. Petitioner is currently detained at the Adelanto Detention Facility in Adelanto, California. *Id.* ¶ 1. On February 13, 2026, an immigration judge denied

Petitioner bond on the basis that the immigration court had no jurisdiction to grant bond pursuant to *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025). *Id.* ¶ 20. Petitioner alleges that his continued detention violates his rights under the Immigration and Nationality Act ("INA") as well as the judgment entered in *Maldonado Bautista v. Santacruz*, No. CV 25-01873-SSS (BFM), 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). *Id.* ¶ 32. The Petition seeks relief in the form of, *inter alia*, an order requiring Respondents to release him within one day or, alternatively, to provide him with a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* at 9.

Respondents filed their Answer on February 25, 2026 ("Answer"). Dkt. No. 6. The Answer states that Petitioner appears to be an eligible member of the Bond Eligible Class certified in *Bautista*, and accordingly, entitled to a bond hearing subject to the *Bautista* judgment and any appellate proceedings. *Id.* at 2.

**Accordingly, IT IS ORDERED that:**

(1) **The Petition for a writ of habeas corpus is GRANTED;**

(2) **Respondents are enjoined from continuing to detain Petitioner unless he is provided with a bond hearing pursuant to 8 U.S.C. § 1226(a) no later than Tuesday, March 10, 2026; and**

(3) **The parties shall file a joint status report no later than 11:59 p.m. on Saturday, March 14, 2026, confirming that Petitioner has received a bond hearing.**

Date:  February 27, 2026

*Valerie Baker Fairbank*
_____
THE HON. VALERIE BAKER FAIRBANK
Senior United States District Judge