JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANGEL MARTINEZ ABZUN,

              Petitioner,

    v.

JAIME RIOS, et al.,

              Respondents.

Case No. 5:26-cv-00736-VBF (RAO)

**JUDGMENT**

IT IS ADJUDGED that the Petition for a Writ of Habeas Corpus is Granted.

Date:  February 27, 2026

*Valerie Baker Fairbank*

_____

The Honorable VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE